UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEVEN DINI, ET AL., | ] CASE NO. A-06-CA-1009-LY |
| *Plaintiffs,* | ] |
| v. | ] |
| ZENITH CAFÉ CORPORATION, | ] COLLECTIVE ACTION |
| *Defendant.* | ] |

**JOINT MOTION TO DISMISS**

The parties respectfully request this case be dismissed with prejudice.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/S/ Richard J. Burch**
By: _____
    Richard J. Burch
    State Bar No. 24001807
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**ATTORNEY FOR PLAINTIFFS**

**AND**

**ANDREWS KURTH, LLP**

By: /S/ Matt Hoeg (By Permission)
    Matthew L. Hoeg
    State Bar No. 09772880
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4012
Telecopier: (713) 238-7328

**ATTORNEY-IN CHARGE FOR DEFENDANT ZENITH CAFÉ CORPORATION d/b/a CHEZ ZEE**

## CERTIFICATE OF SERVICE

A true and correct copy of the Joint Motion to Dismiss has been forwarded to all counsel of record via the Electronic Filing System on June 25, 2008.

/S/ Richard J. Burch

**Richard J. Burch**